# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| KENJA O CARMICHAEL, | ) |  |  |
|---|---|---|---|
| Petitioner, | ) |  |  |
| v. | ) | Case No. | 6:16-CV-03370-BCW |
| WARDEN LINDA SANDERS, | ) |  |  |
| Respondent. | ) |  |  |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. #5) denying Carmichael's Petition for Writ of Habeas Corpus (Doc. #1). No objections have been filed by Petitioner to the Report and Recommendation.

After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED, for the reasons stated in the Report and Recommendation (Doc. #5), the Petition for Writ of Habeas Corpus (Doc. #1) is DISMISSED as moot. It is further

ORDERED that Magistrate Judge Whitworth's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

Dated: April 19, 2017          /s/ Brian C. Wimes
                                                  BRIAN C. WIMES
                                                  UNITED STATES DISTRICT JUDGE